IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN FOSTER, | 1:10-cv-01288-AWI-GSA-PC |
| Plaintiff, | ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF |
| vs. | |
| DR. BHAMBI, M.D., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. It has come to the Court's attention that Plaintiff is unsure, due to alleged mail tampering, whether the Court received his Declaration of Entry of Default, signed and dated March 22, 2012, for filing. Plaintiff is advised that the Court received and filed his Declaration on March 29, 2012. The Clerk is HEREBY DIRECTED to send Plaintiff a copy of the docket sheet for this case, for his review.

IT IS SO ORDERED.

Dated: **May 24, 2012**         /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE