UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DR. BHAMBI, M.D., et al.,<br><br>　　　　　Defendants. | 1:10-cv-01288-AWI-GSA-PC<br><br>ORDER DENYING REQUEST FOR<br>FREE COPY OF DOCKET SHEET<br>(Doc. 27.) |

## I.　BACKGROUND

Allen Foster ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 20, 2010. (Doc. 1.) On October 16, 2013, Plaintiff requested a free copy of the docket sheet for this action. (Doc. 27.)

## II.　COPIES OF CASE DOCUMENTS

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. The fact that the court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

Moreover, due to the large number of civil actions pending before the court, the Clerk is unable to respond in writing to individual inquiries regarding the status of your case. Except under unusual circumstances, Plaintiff can stay informed about his case without a copy of his docket sheet. As long as Plaintiff keeps the court apprised of his current address, he will receive <u>all</u> court decisions which might affect the status of his case. <u>See</u> Local Rule 183(b). If Plaintiff has not submitted a document required in his case, the court will notify him.

Plaintiff has not shown good cause for the court to send him a free copy of his docket sheet. The docket sheet for this case is approximately five pages long. To request a copy at this juncture, Plaintiff must submit a request in writing to the Clerk, a self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.

Based on the foregoing, Plaintiff's request shall be denied.

**III.     CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a free copy of his docket sheet is DENIED.

IT IS SO ORDERED.

Dated: **October 17, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE