UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN FOSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DR. BHAMBI, M.D., et al.,<br><br>　　　　Defendants. | 1:10-cv-01288-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 29.)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G)<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　　Allen Foster ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 11, 2013, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under §1983.  On January 2, 2014, Plaintiff filed objections to the findings and recommendations.  (Doc. 30.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

1

including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff has not plead facts that show deliberate indifference to serious medical needs. The operative pleading is the Third Amended Complaint. Further amendment would be futile.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on December 11, 2013, are adopted in full;
2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983;
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098 (9th Cir. 2011); and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 14, 2015                                    _____
                                                                         SENIOR DISTRICT JUDGE